(Rev. 10/2002)General Document
================================================================

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number:_____

Alvarez, Allys

400 Leslie Drive Apt.# 218

Hallandale Beach, FL 33009

954-665-7481

        Plaintiff(s)

FILED by ____ D.C.

JUL 09 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

v.

City of Miami Beach

1700 Convention Center Drive.

Miami Beach, FL 33139

        Defendant(s)

Discrimination, Retaliation, Wrongful Termination. Notice of Right to Sue.

*(TITLE OF DOCUMENT)*

I, _____Allys Alvarez_____ (plaintiff) or defendant, in the above styled cause,

I was wrongfully terminated by the Defendant, City of Miami Beach, after filing Charge of Discrimination with the Equal Employment Opportunity Commission. Attached are two (2) Notice of Right to Sue.

Also, the following documents have been attached: - copy of Charge of Discrimination, - respondent's position statements, - my responses with supporting information.

I was hired by the Defendant, City of Miami Beach, on 02/11/2002, as Account Clerk I, position covered by the bargaining agreement of CWA Union; therefore, I was a Civil Service employee terminated without a due process.

1

During 15 years and 10 months of providing excellent service to the City of Miami Beach, always receiving performance evaluations as an oustanding employee and never received a letter of reprimand, I was terminated for asserting my rights when I filed a Charge of Discrimination based on Age Discrimination in Employment Act of 1967 (52 years of age at the time of the filing), as Amended and National Origin (Venezuelan) in violation of Title VII of the Civil Rights Act of 1964 as Amended.

For the last 11 years I worked in the Payroll Division of the Finance Department, I covered the three (3) Financial Analyst positions in the Payroll Division, as a consequence, I was offered a payment of wages known as "Out of Class Pay" or "Section 5", contemplated within the City Ordinance No. 1605, Sec. 1605-6 (b), Unclassified Employees' Salary Ordinance.

Instead, I was given a Settlement Agreement and General Release of All Claims on 09/23/2015, with a dollar amount of $ 10,418.24, less than I am owed as per City Ordinance.

Over the last years, among the unclassified employees in the Finance Department entitled to receive Out of Class pay, I was the oldest and the only one with national origin Venezuelan, also I was the only one who never received the payment, all other unclassified employees have received the payment for Out of Class pay in a timely manner.

After all these years; working extra hours on a daily basis and performing job duties above my job classification as the City of Miami Beach required; I was intimidated into signing a waiver of my Civil Service Rights.

I was not only discriminated against with the payment of wages; also, I was discriminated against for promotional and training opportunities within the Payroll Division of the Finance Department. I held the position of the Financial Analyst II in the Payroll Division since October,2007 and I have consistenly assumed the responsabilities as Financial Analyst III and for the most part carried the division instead of the (3) Financial Analyst normally assigned to this division. Therefore, I was very knowledgeable and prepared for the position of Financial Analyst III in the Payroll Division.

By the end of year 2015 there was an opportunity for a promotion within the Payroll Division, I applied for the position of Financial Analyst III but I was denied the promotional opportunity; instead, the promotion was given to employee Fernando Pestana, 27 years of age, national origin Cuban, with less than three years working in the Finance Department with the accounts receivable division, and without any Payroll experience with the City of Miami Beach payroll system, just like that, Mr. Pestana was promoted to the position of Financial Analyst III- Payroll Supervisor. I was the Financial Analyst II working in the Payroll Division for the last 11 years, I was very familiar with the entire Payroll process but I was denied the promotion. Also, in February of 2016 the City of Miami Beach launched the training of a new Payroll System, I was excluded from this training because I have filed Charge of Discrimination on 01/11/2016; instead, the new Payroll Supervisor Fernando Pestana was given the opportunity to learn the new Payroll system even without any knowledge about the old payroll system and payroll processes.

In 04/25/2017, I found out that a new employee, Angela Hilaire, hired on 03/27/2017 as Financial Analyst III was going to be working with the Payroll Division, another opportunity for a promotion within the Payroll Division was given to a new employee, also under 40 years of age, national origin African- American.  I was not informed that the management of the Finance Department was looking to hire another Financial Analyst III for the Payroll Division to replace Mr. Pestana.

In 05/24/2017, about 50% of the payroll transactions that I have been processing for the last 11 years were transferred to the Human Resources Department, after I filed a second Charge of Discrimination on 05/09/2017, also based on age and national origin- Continuing Action.

The hostile work environment promoted by the management of the Finance Department was unbearable only because I was asserting my rights.

On 12/15/2017, the new Treasury Manager, Sara Patino, first time doing Payroll, came to my cubile around 9:30 a.m, she was very upset because apparently she did not know that the Child Support file had to be sent to the State of Florida the date before (12/14/2017). I explained to Ms. Patino that I have sent a notification e-mail two days ago, on 12/13/2017 with the information for the Child Support file to be processed by her or Ms. Hilaire, at this point I did not know which one of them was going to submit the Child Support file to the State, so I sent the notification e-mail to both of them. Also, at that time I explained Ms. Patino the process, as follows: once the Payroll is posted, every two weeks, I create the Child Support file and save it in the F Drive, then, a notification e-mail is sent to both, Angela Hilaire, Payroll Supervisor, and Sara Patino, the new Treasury Manager, to let them know that the Child Support file was created and ready to be submitted to the State.

What was incredible for me is that both of my supervisors ignored my notification e-mail that I sent on 12/13/2017 with all the information about the child support file for them to process; on top of that, later at 10:38 a.m, I received an e-mail from Ms. Patino stating that I screamed at her because she did not send the child support file to the state, that is completly false, this had to be another set up orchestrated by the management of the Finance Department.

How could I scream at Ms. Patino if I did not know that she did not submit the child support file to the State the date before.  As I explained; in my response e-mail to Ms. Patino,  and under a lot of frustration for knowing that it was just another set up from the management in the Finance Department; if you received my notification e-mail on 12/13/2018 and you did not know how to process it, why you waited more than 48 hours to ask for the question?. Also, Ms. Patino could have asked Ms. Hilaire, Payroll Supervisor, or Ms. Parks, previous Treasury Manager, but apparently the plan was to ask me two or three days later;  because of this incident my employment with the City of Miami Beach was terminated after almost 16 years of service.

In that same date around 5:05 p.m. Deputy Director Allison Williams came to my cubicle and asked me to go to a meeting with her, Ms. Williams took me to the Human Resources Department where I was informed that my employment with the City of Miami Beach  was terminated, I was told that I was aggressive, that they have received

3

complaints from my co-workers and that the City did not have any process to investigate the facts. Once again, I was intimidated into signing my own resignation waiver. Since I did not sign it, on 01/12/2018 I received a termination letter with false statements about my personality, professional behavior, and my job performance. Since then I have been looking for a job but I have not been successful in my research, especially because I have to say that I was fired from my previous employment of 16 years of service. I was forced to retire from the City Pension system at the age of 55 therefore my pension benefits have been cut by 26% for life.

When I informed the Equal Employment Opportunity Commission about my employment being terminated during the investigation process of the two Charge of Discrimination, and without any investigation of the facts, the Commission issued a third Charge of Discrimination based on Retaliation.

Important Facts:

An agreement to Mediate Charge of Discrimination # 510-2016-01458, was submitted to the Commission on 02/04/2016, the respondent City of Miami Beach declined my request for mediation. I received a letter dated 03/14/2016 from the Commission stating that the respondent has not yet filed a response to the charge, also stated that the respondent must do so withing 15 days after 03/14/2016. In fact, I received the respondent's position statement on 05/24/2018, more than two (2) years later. In February of 2018, just one month after I filed Charge of Discrimination # 510-2018-01755, based on Retaliation, I received a request for mediation from the respondent, I communicated with the mediator and explained that I was still waiting for the respondent's position statement for the first charge, so that the respondent was not acting in good faith to resolve this matter, I explained that under this situation I could not participate in the mediation process at that time.

Once I received the respondent's position statements on 05/24/2018 I submitted my responses to the Commission within the 20 days (06/08/2018 and 06/13/2018) as per EEOC procedures, on 06/26/2018 I received two Notice of Rights; and as per the Equal Employment Opportunity Commission instructions received, in order to pursue this matter further I am filing a lawsuit against the Defendant, City of Miami Beach, based on job discrimination, retaliation, harassment, and wrongful termination.

Certificate of Service

I ____Allys Alvarez_____, certify that on this date _____ a true copy of the foregoing document was mailed to: <u>City of Miami Beach, 1700 Convention Center Drive, Miami Beach, FL 33139.</u>

4

By:

__Allys Alvarez_____
Printed of typed name of Filer

__N/A_____
Florida Bar Number

__954-665-7481_____
Phone Number

__400 Leslie Drive Apt. # 218__
Street Address

__Hallandale Beach, FL 33009__
City, State, Zip Code

_[signature]_
Signature of Filer

__allysalvarez@hotmail.com__
E-mail address

__N/A_____
Facsimile Number