UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22743-CIV-UNGARO/O'SULLIVAN

ALLYS ALVAREZ,

    Plaintiff,

v.

CITY OF MIAMI BEACH,

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court on the Defendant City of Miami Beach's Verified Motion to Tax Costs (DE # 68, 4/3/19). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Defendant City of Miami Beach's Verified Motion to Tax Costs (DE # 68, 4/3/19) on or before June 17, 2019. The failure to file a response may result in a Recommendation that the Defendant City of Miami Beach's Verified Motion to Tax Costs (DE # 68, 4/3/19) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 6th day of June, 2019.

                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE